IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUY TURI ET AL., | : |
|     Plaintiffs, | : |
| v. | :    CIVIL ACTION |
| MAIN STREET ADOPTION SERVICES, LLP ET AL., | :    NO. 11-3761 |
|     Defendants. | : |

**ORDER**

**AND NOW**, this ___ of September, 2012, upon consideration of Defendants Heller and McClenaghan's Motion to Dismiss (Doc. 15), Plaintiff's Response thereto (Doc. 19), Defendant DelCarpio's Motion to Dismiss (Doc. 20), and Plaintiff's Response thereto (Doc. 22), **IT IS HEREBY ORDERED AND DECREED**:

- Defendants Heller and McClenaghan's Motion is **GRANTED IN PART and DENIED IN PART**.

- Defendant DelCarpio's Motion is **GRANTED IN PART and DENIED IN PART**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies a Memorandum Opinion issued by the Court on September ____, 2012.