IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUY TURI, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAIN STREET ADOPTION SERVICES, LLP, ET AL. | : | |
| | : | |
| | : | NO. 11-3761 |

FILED
NOV 25 2014
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## CIVIL JUDGMENT

Before the Honorable Petrese B. Tucker, Chief Judge

AND NOW, this 24th day of November, 2014, in accordance with the jury's verdict,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendants and against plaintiffs.

BY THE COURT

ATTEST:

Michael Owens
Deputy Clerk

Civ 1 (8/80)