IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUY TURI et al, | : | |
| | : | |
| Plaintiffs, | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-3761 |
| MAIN STREET ADOPTION SERVICES, LLP et al, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this __16th__ day of January, 2015, upon consideration of Plaintiffs' First Motion for New Trial (Doc. 98) and Defendants' Response (Doc. 99), **IT IS HEREBY ORDERED AND DECREED** that Plaintiffs' Motion is **DENIED**.[1]

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, C.J.

---

[1] This Order accompanies the Court's Memorandum Opinion dated January 16, 2015.