IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GUY TURI, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MAIN STREET ADOPTION | : | |
| SERVICES, LLP, et al. | : | NO. 11-cv-3761 |

## JUDGMENT

**AND NOW**, this 20th day of April, 2015, judgment is hereby entered in favor of Main Street Adoption Services, LLP, Nina Heller and Robert McClenaghan, and against Guy Turi, Melissa Balistreri-Turi, Shaun Nugent, Christine Denton, Linda Wood, George Wood, Kelleen Urbon and Todd Urbon, in the amount of $1,248.83.

MICHAEL E. KUNZ
CLERK OF COURT